**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ADAM QUATRINI, et al | : |
| Plaintiffs | :   CIVIL ACTION – LAW |
| v. | :   DOCKET NO. 2:25-00966-KT |
| HAYWARD INDUSTRIES, INC., et al <br> Defendants | : |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE PROTHONOTARY:

In the above referenced action between Plaintiffs, Adam Quatrini and Carolina Maria Vèlez, individually, and as Parents and Natural Guardians of P.Q., a minor and Defendants, it is hereby stipulated and agreed that Plaintiffs' claims against Defendants, Rivera Nayarit Socios, S. De R.L. De R.L., Aelvis Terra, LLC, HDM 206 LLC, Myers Group LLC, Michael H. Myers and Charles W. Baumgardner only are hereby dismissed without prejudice and costs against any party, as Defendants, Rivera Nayarit Socios, S. De R.L. De R.L., Aelvis Terra, LLC, HDM 206 LLC, Myers Group, LLC, Michael H. Myers, and Charles W. Baumgardner, have no involvement in this matter. Plaintiffs reserve all rights to add Defendants back to the lawsuit suit should additional information reveal their involvement and/or liability in the claims made by Plaintiffs. Plaintiffs may seek leave to file an Amended Complaint should facts upon which Plaintiffs' claim against Defendants could be based develop during discovery. If leave is granted and plaintiff files an Amended Complaint adding the previously dismissed Defendants, the request to add the previously dismissed Defendants will relate back to the original date the action was commenced. The only statute of limitations defense preserved by defendants is with respect

to the original date the action was commenced. Defendants are not waiving, and hereby preserve, any and all other defense warranted at the time the action was commenced.

**SALTZ, MONGELUZZI, BENDESKY**

Dated: 11/4/2025

By: *Scott A. Fellmeth*

Scott A. Fellmeth, Esquire
Attorneys for Plaintiffs
Adam Quatrini and Carolina Maria Vèlez,
Individually, and as Parents and Natural Guardians
of P.Q., a minor

**MCGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.**

Dated: 11/4/25

By:

John R. Evans, Esquire
Attorney for Defendants,
Rivera Nayarit Socios, S. De R.L. De R.L., Charles
W. Baumgardner, Michael Myers

**HARDIN THOMPSON, P.C.**

Dated: 11.04.2025

By:

Jacob Deane, Esquire
Attorney for Defendants, Michael H. Myers,
Charles W. Baumgardner, Aelvis Terra, LLC and
Myers Group, LLC